ELECTRONIC RECORD

O88-15
O89-15
O90-15
O91-15
O92-15

COA # 05-14-00139-CR          OFFENSE: 29.03

STYLE: Reginald Doney Thompson v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:     AFFIRM          TRIAL COURT: Criminal District Court No. 5

DATE: 12/15/2014          Publish: NO          TC CASE #: F-0724608-L

## IN THE COURT OF CRIMINAL APPEALS

O88-15
O89-15
O90-15
O91-15
O92-15

STYLE: Reginald Doney Thompson v. The State of Texas          CCA #: 

____PRO SE____ Petition          CCA Disposition: ____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: 

____REFUSED____          JUDGE: 

DATE: 04/22/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____